NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
SARA M. THORPE /  B. NATALIE VU
sthorpe@nicolaidesllp.com / nvu@nicolaidesllp.com
NICOLAIDES FINK THORPE MICHAELIDES SULLIVAN LLP
777 South Figueroa Street, Suite 750
Los Angeles, CA 90017
Telephone: (213) 402-1245
Facsimile:  (213) 402-1246

ATTORNEY(S) FOR:  Plaintiffs BHG and Berkshire Hathaway

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| BHG Structured Settlements, Inc.; Berkshire Hathaway Life Insurance Company of Nebraska, <br><br> Plaintiff(s), <br> v. <br> Artin Hartounian, individually; Paramsten Hartounian, individually and as guardian ad litem for Haig Hardounian, <br><br> Defendant(s) | CASE NUMBER: <br><br><br> **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br> **(Local Rule 7.1-1)** |
| --- | --- |

TO:      THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  BHG Structured Settlements, Inc. and Berkshire Hathaway Life Ins. Co. of Neb. or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
| --- | --- |
| BHG Structured Settlements, Inc. | Plaintiff BHG Structured Settlements, Inc. is an indirect wholly owned subsidiary of Berkshire Hathaway Inc.  No other public corporation owns 10% or more of the stock of BHG Structured Settlements, Inc. |
| Berkshire Hathaway Life Insurance Company of Nebraska | Plaintiff Berkshire Hathaway Life Insurance Company of Nebraska is an indirect wholly owned subsidiary of Berkshire Hathaway Inc.  No other public corporation owns 10% or more of the stock of Berkshire Hathaway Life Insurance Company of Nebraska. |

May 25, 2022
Date

/s/ Sara M. Thorpe
Signature

Attorney of record for (or name of party appearing in pro per):

Sara M. Thorpe

CV-30 (05/13)                                    NOTICE OF INTERESTED PARTIES