**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| BHG Structured Settlements, Inc. et al., | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 22-CV-03596-GW (RAO) |
| v. | |
| Artin Hartounian et al., | **ORDER TO REASSIGN CASE UPON RECUSAL OF MAGISTRATE JUDGE** |
| DEFENDANT(S). | ☒ FOR DISCOVERY ☐ PER GENERAL ORDER 05-07 |

The undersigned Magistrate Judge to whom the above-entitled case was referred, being of the opinion that he/she should not hear said case by reason of:

financial conflict of interest with named party

HEREBY ORDERS the case reassigned by the Clerk in accordance with General Order 05-07.

May 31, 2022
Date

/s/ Rozella A. Oliver
United States Magistrate Judge

---

**NOTICE TO COUNSEL FROM THE CLERK**

This case has been randomly referred to Magistrate Judge      Michael R. Wilner      .
On all documents subsequently filed in this case, please substitute the initials      MRW      after the case number in place of the initials of the prior judge, so that the case number will read      2:22-cv-03596 GW(MRWx)     . This is very important because the documents are routed to the assigned judges by means of these initials

cc:    *Previous Magistrate Judge*

CV-110 (06/14)          ORDER TO REASSIGN CASE UPON RECUSAL OF MAGISTRATE JUDGE